**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03363-REB-MJW

JACQUELINE FELTON,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Motion For Dismissal With Prejudice With Each Party To Pay Its Own Attorney's Fees and Costs Pursuant to FED. R. CIV. P. 41(a)(2)** [#25][1] filed June 21, 2013. After reviewing the motion and the record, I conclude that the motion should be granted, that this action should be dismissed with prejudice with each party to pay its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion For Dismissal With Prejudice With Each Party To Pay Its Own Attorney's Fees and Costs Pursuant to FED. R. CIV. P. 41(a)(2)** [#25] filed June 21, 2013, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

October 18, 2013, are **VACATED**;

    3.  That the jury trial set to commence November 4, 2013, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 21, 2013, at Denver, Colorado.

                                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge