**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03363-REB-MJW

JACQUELINE FELTON,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Motion to File Corrected Response, CM/ECF #35, Filed 11/18/13, to Defendant's Motion For Attorney's Fees and Costs, CM/ECF #32, Out of Time and to Order it as Timely Filed** [#36] filed November 21, 2013.  The motion is **GRANTED**.  **Plaintiff's <u>Corrected</u> Response to Defendant's Motion For Attorney's Fees and Costs, CM/ECF #32, Filed on October 18, 2013** [#35] is accepted for filing as timely filed.

    Dated:  November 22, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.